No. 8,010.—STATE ex Rel. HALL et al., Relators, *v.* DISTRICT COURT et al., Respondents.

Decided February 21, 1941.

## ORDER.

In this matter, opinion in which may be found in 109 Mont. 228, 95 Pac. (2d) 438, the alternative writ of supervisory control was quashed after respondents had filed concurrently a motion to quash and also an answer and return, in accordance with the established practice in this court. Subsequently the respondents filed a cost bill in the total amount of $92.21, of which $18 was for the district court clerk's fee for preparing the original transcript of the proceedings for certification to this court, itemized as 180 folios at 10¢ per folio, and $32 was for three copies thereof at 5¢ per folio each. Subsequently relators filed motions to tax costs, and specific objections to the two above items for transcript, totaling $50.

We find no valid objection to the cost bill, except that the total cost for preparing the transcript is fixed by section 4918, Revised Codes, at 15¢ per folio, which, at the 180 folios claimed, amount relators do not question, amounts to $27, instead of the $50 claimed, making a reduction of $23.

Section 9796, Revised Codes, allowing, on review other than by appeal, the same costs as on appeal, the $92.21 claimed by the cost bill is hereby reduced to $69.21, and judgment therefor ordered in respondents' favor against the relators.

HOWARD A. JOHNSON,
Chief Justice.

*Mr. E. C. Kurtz, Mr. Jay M. Kurtz, Mr. S. C. Ford* and *Mr. Sam D. Goza, Jr.,* for Relators.

*Messrs. O'Hara, Madeen & Grant,* for Respondents.